UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

R.E. LOANS, LLC, and
2718 SANTA ROSA, LLC,

       Plaintiffs,

v.                                              CASE NO.:  3:08cv76/MCR/MD

EAGLE GROUP BROKERS, LLC,
THE EAGLE GROUP REAL ESTATE
 INVESTMENTS, INC.,
EAGLE LAND GROUP, INC.,
TRIPLE EAGLE & ASSOCIATES,
 one, some or all d/b/a THE EAGLE GROUP,
RON REESER, an individual,
HAL HAYES, an individual,
BEACHWALK ASSOCIATES, LLC,
  a Georgia limited liability company,
EUBY BLACK, an individual, and
DOES 1-50, inclusive,

       Defendants.
_____/

**O R D E R**

      The proceedings in this cause of action were stayed until further notice pending the court's ruling on defendant Euby Black's motion to stay this matter pending resolution of a related state court action and Santa Rosa's motion to dismiss two counterclaims of defendants Beachwalk Associates, LLC, and Triple Eagle & Associates, Inc.  In light of the court's recent ruling, it appears appropriate to lift the stay and issue a revised final scheduling order.  Prior to issuing a final scheduling order, however, the court will first require the parties to confer and submit a joint report as to what remaining discovery, if

any, is necessary and to set forth an amended discovery plan in accordance with the Initial Scheduling Order issued April 8, 2008.  (<u>See</u> doc. 17).  Accordingly, it is

ORDERED that the parties shall confer regarding any remaining discovery necessary and file joint report as to same no later than **April 30, 2009**.

**DONE and ORDERED** this 2nd day of April, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**