IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

R.E. LOANS, LLC, and
2718 SANTA ROSA, LLC,
    Plaintiffs,

vs.                                       CASE NO.: 3:08cv76MCR/MD

EAGLE GROUP BROKERS, et al.,
THE EAGLE GROUP REAL ESTATE
  INVESTMENTS, INC.,
EAGLE LAND GROUP, INC.,
TRIPLE EAGLE & ASSOCIATES,
  one, some or all d/b/a THE EAGLE GROUP,
RON REESER, an individual,
HAL HAYES, an individual,
BEACHWALK ASSOCIATES, LLC,
  a Georgia limited liability company,
EUBY BLACK, an individual, and
DOES 1-50, INCLUSIVE,
    Defendants.
                                            /

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 23, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The counterclaims filed on behalf of Triple Eagle & Associates and Beachwalk Associates, LLC are DISMISSED without prejudice for failure to prosecute.

3. This case is referred to the magistrate judge for further proceedings consistent with this Court's June 1, 2009 referral order (doc. 110).

DONE AND ORDERED this 23rd day of July, 2009.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**