# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

R.E. LOANS, LLC, and
2718 SANTA ROSA, LLC,
    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　CASE NO.: 3:08cv76/MCR/MD

EAGLE GROUP BROKERS, LLC,
THE EAGLE GROUP REAL ESTATE
 INVESTMENTS, INC.,
EAGLE LAND GROUP, INC.,
TRIPLE EAGLE & ASSOCIATES,
 one, some or all d/b/a THE EAGLE GROUP,
RON REESER, an individual,
HAL HAYES, an individual,
BEACHWALK ASSOCIATES, LLC,
 a Georgia limited liability company,
EUBY BLACK, an individual, and
DOES 1-50, INCLUSIVE,
    Defendants.
　　　　　　　　　　　　　　　　　　　　/

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 3, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    All of plaintiffs' claims against all defendants are DISMISSED WITHOUT PREJUDICE.

3. The counterclaims filed on behalf of Triple Eagle & Associates and Beachwalk Associates, LLC are DISMISSED WITHOUT PREJUDICE.

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 4th day of March, 2010.

        *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**